IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:96-CR-6

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN WAYNE WHITE (6) ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT on the *pro se* Motion for Early Termination of Supervised Release [doc. # 690] filed on October 10, 2018. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: June 3, 2019

*[Signature: Graham C. Mullen]*